JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 15, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIGUEL FLORES, in his individual and representative capacity as trustee of the Flores Family Trust; SABINA FLORES, in her individual and representative capacity as trustee of the Flores Family Trust; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:16-CV-00299-SJO-SP<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

　　　August 15, 2016　　　　*S. James Otero*
Dated: _____　　　　_____
　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE